**RECEIVED**

SEP 2 1 2016

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Western_____ DIVISION

James  E.  Buie )

_____ )

_____ )

(Enter above the full name
of the Plaintiff[s] in this
action).

      vs.

Forest  Laboratories  inc
_____
Forest  Pharmaceuticals
_____

_____ )

_____ )

(Enter above the full name of
**ALL** Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the <u>complaint</u>
include the names of **all** the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

Case No. 5:16-cv-816-D
(To be assigned
by the Clerk of
District Court)

### COMPLAINT

Plaintiff resides at: P O  Box  1485
Fayetteville,  nc  28300

_____

_____

_____

Defendant(s)name(s) and address(es), if known: Forest  laboratory
Forest  Pharmaceuticals_____

1

Jurisdiction in this court is based on: 28 U.S.C. 1332
the defendants at all times was engaged
in marketing the prescription drug
ol mos ar far, me doronil

The acts complainted of in this suit concern: The action by
the defend ant in distributing the
above medication resulted in my
wife death. My wife and I did
not and could not have reasonably
known that this medicin would
cause her harm and eventually
caused her life. I have suffered
Physical agony and mental anguish
as a result of the defendants action.
My wife doctors did not make us
aware of the potential side effects
of this medication. I also suffer
from the loss of consortium.
The defendants acted wilfull, intentionally
and without regard to state and federal law.

2

(If you need more space, or wish to include any further
information for consideration, please attach additional sheets.)

I seek the following relief:

Declaratory Relief, injunctive
Relief, nominal damages, Compensatory
damages $75,000.00 or more, Punitive
damages of $250.00, attorney fees
expert witness fees and cost for
this action.

3

---

9-21-16
Date

James E. Bue
Signature of Plaintiff

PO Box 1485

Fayetteville, NC 28302

910 583-0517
Address and Telephone Number of Plaintiff

4